■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD RICHARDSON, Appellant. [865 NYS2d 588]—Judgment, Supreme Court, New York County (Michael Obus, J.), rendered on or about June 28, 2007, unanimously affirmed. No opinion. Order filed. Concur—Andrias, J.P., Nardelli, McGuire, Moskowitz and Renwick, JJ.